UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOHN DELANEY,

        Plaintiff,        11 Civ. 8151 (PAE)

   -v-              ORDER

BANK OF AMERICA CORPORATION and BANK OF
AMERICA MERRILL LYNCH,

        Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

  The Court has received plaintiff's September 14, 2012 submission of opposition papers to defendants' motion for summary judgment, as well as plaintiff's request to file those papers under seal.

  Plaintiff is directed to consult the Court's individual rules relating to filing documents under seal. The Court's rules state:

> **B. Redactions and Filing Under Seal.** Any party wishing to file in redacted form any pleading, motion, memorandum, exhibit, or other document, or any portion thereof, must make a specific request to the Court by letter explaining the reasons for seeking to file that submission under seal. The party must attach to its letter one full set of the relevant document(s) in highlighted form (*i.e.*, with the words, phrases, or paragraphs to be redacted highlighted). Upon receiving these documents, the Court will review the proposed redactions. Chambers will then notify the party of its decision and the party may then, to the extent permitted by the Court, file the redacted documents on ECF and the full, unredacted documents under seal in accordance with this district's procedures, set forth at:
>   http://nysd.uscourts.gov/cases_records.php?records=sealed_records
> On application of a party, and provided the unredacted papers are timely served on the party's adversary, the Court will deem papers filed on the date the party delivers them to Chambers for review of proposed redactions.

  Plaintiff is required to submit all requests for redactions and filing under seal to the Court in conformity with this rule. Plaintiff is directed forthwith to submit the proposed redactions in

highlighted form; the Court will not rule on a motion to file under seal until specific redactions are proposed.

SO ORDERED.

*Paul A. Engelmayer*
———————————————
Paul A. Engelmayer
United States District Judge

Dated: September 18, 2012
       New York, New York